# UNITED STATES DISTRICT COURT
для the
Eastern District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 3:20-MJ-1077 |
| CHASE OWEN BUCHANAN | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 27, 2020__ in the county of __Knox__ in the __Eastern__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), 841(a)(1)(A); | Possession with intent to distribute ffity grams or more of methamphetamine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

Please see the affidavit of FBI TFO Mark Webber which is attached hereto and fully incorporated herein.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Mark Webber, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/20/2020

_____
*Judge's signature*

City and state: Knoxville, Tennessee

Debra C. Poplin, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

Comes now your Affiant, Task Force Officer (TFO) Mark Webber, with the Federal Bureau of Investigation (FBI) and the Knox County Sheriff's Office (KCSO), , first being duly sworn, now deposes and says:

1.     I am a Task Force Officer with the Federal Bureau Investigation (hereinafter "FBI"). As such, I am "an investigator or officer charged by the Attorney General with the duty of enforcing any of the criminal, seizure, or forfeiture provisions of the laws of the United States," within the meaning of Section 3051(a) of Title 18, United States Code; that is, an officer of the United states who is empowered by law to conduct investigations of, execute warrants and to make arrests for offenses against the United States and offenses enumerated in United States Code Title 18 and Title 21. I have been employed as a law enforcement officer since 2000. I am currently a Lieutenant with the Knox County Sheriff's Office and am currently assigned to the FBI Safe Streets Task Force as a TFO. I have been a TFO for the past twelve years. I have received training and conducted investigations involving illicit drugs and the distribution of illicit drugs in violation of Title 21, United States Code, Sections 841, 843, 846 and others. I have conducted investigations into various crimes that include bank robberies, Hobbs Act robberies, kidnappings, criminal gang activities, and illegal narcotics trafficking. As a result of those investigations and prosecutions, I have become familiar with the various tendencies and techniques utilized by individuals unlawfully engaging in narcotics trafficking.

The statements in this Affidavit are either known personally, or have been told to me directly by law enforcement officers with the Knox County Sheriff's Office.

1

2. Since this Affidavit is being submitted for the limited purpose of securing an arrest warrant for CHASE OWEN BUCHANAN ("BUCHANAN"), your Affiant has not included each and every fact known concerning this investigation. Your Affiant has set forth only the facts that are necessary to establish probable cause:

On March 27, 2020, at approximately 7:37 p.m., two detectives, Detective Sharp and Detective Ballard with the Knox County Sheriff's Office were working off duty employment at 1826 Western Avenue, which is a Pilot Convenience Store. The Detectives observed BUCHANAN inside the store. BUCHANAN attempted to leave the store without paying for merchandise. Detectives Sharp and Ballard approached BUCHANAN to stop him. BUCHANAN immediately began physically resisting by kicking and pulling away from the detectives. The two detectives were able to gain physical control of BUCHANAN and took him into custody.

3. As BUCHANAN was placed into custody, the detectives discovered a plastic baggie of a white crystalline substance, which field tested positive as ice methamphetamine. The total weight of the methamphetamine was two and half ounces (or 70.87 grams). BUCHANAN's hands were also covered in residue that matched the white crystalline substance. A search of BUCHANAN revealed the recovery of unpaid merchandise from the store, a needle, approximately 0.3 grams of ice methamphetamine in his wallet, $233 in U.S. Currency, and approximately 0.1 grams of suspected heroin. BUCHANAN was observed on the store's surveillance cameras arriving in a silver Suzuki sport utility vehicle and exiting the driver's seat.

4. Detectives found out BUCHANAN driver's license is currently revoked. BUCHANAN is on bond conditions from Hamblen County, Tennessee for a Domestic

2

Assault involving a Ms. Katelin Armas and being under the influence of a drug. Detectives observed Ms. Armas in the store with BUCHANAN, which is a violation of BUCHANAN's bond conditions. A records check also revealed BUCHANAN had an active warrant for vandalism from Knox County, Tennessee and a warrant for a Failure to Appear in Blount County, Tennessee. BUCHANAN was arrested and transported to the Knox County Detention Facility.

5. Based upon the above information, your Affiant has probable cause to believe that Chase Owen Buchanan committed the offense of possession with intent to distribute of fifty (50) grams of methamphetamine on or about March 27, 2020.

The foregoing facts are true to the best of your Affiant's knowledge and belief.

Further your Affiant sayeth naught.

Mark Webber
TFO, FBI

Subscribed and sworn to before me, this 20th day of May, 2020.

Honorable Debra C. Poplin
Magistrate Judge
United States District Court